**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK
TELEPHONE (334) 954-3600

November 27, 2019

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Faircloth v. Wal-Mart, Inc.

Civil Action No. 2:19-cv-00608-SRW

The above-styled case has been reassigned to Judge Emily C. Marks.

Please note that the case number is now **2:19-cv-00608-ECM.** The new case number should be used on all future correspondence and pleadings.